NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Tammy Hussin
*Of Counsel*
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, California 92011
Telephone: (855) 301-2100 Ext. 5514
Facsimile: (203) 653-3424

ATTORNEYS FOR: Plaintiff

FILED
2013 MAR 25  PM 1:57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Desiree Rodriguez

Plaintiff(s),

v.

Milestone Law Group; and DOES 1-10, inclusive

Defendant(s)

CASE NUMBER
ED CV 13 - 00546 JGB SPx

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   Desiree Rodriguez
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**
(List the names of all such parties and identify their connection and interest.)

Desiree Rodriguez
Victorville, California

Tammy Hussin
*Of Counsel*
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, California 92011
Telephone: (855) 301-2100 Ext. 5514
Facsimile: (203) 653-3424

**CONNECTION**

Plaintiff

Attorney to the Plaintiff

March 18, 2013
Date

[signature]
Sign

Tammy Hussin
Attorney of record for or party appearing in pro per

CV-30 (12/03)                    NOTICE OF INTERESTED PARTIES