UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Desiree Rodriguez,<br><br>        Plaintiff,<br><br>  vs.<br><br>Milestone Law Group; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 5:13-cv-00546-JGB-SP<br><br>**ORDER** |

    Based on the Stipulation of counsel, Judgment is hereby entered in favor of Plaintiff against the Defendant Milestone Law Group in the amount of $3,000.00.

Date: February 19, 2014

                                         Hon. Jesus G. Bernal